UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO TRUJILLO CRUZ,

              Plaintiff,

     v.

KUMBAT,

            Defendant.

Case No. 19-cv-05825-HSG

**ORDER DENYING REQUEST FOR EXTENSION OF TIME AS MOOT**

Re: Dkt. No. 12

     Plaintiff's request for an extension of time to respond to the Court's Order to Show Cause is DENIED as moot. Dkt. No. 12. Plaintiff has already filed a response to the Order to Show Cause. Dkt. No. 14.

     This order terminates Dkt. No. 14.

     **IT IS SO ORDERED.**

Dated: 2/20/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge