UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KUMBAT,<br><br>  Defendant. | Case No. 19-cv-05825-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment shall be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2020

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KUMBAT,<br><br>    Defendant. | Case No. 19-cv-05825-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guillermo Trujillo Cruz ID: AA2974
North Kern State Prison
P.O. Box 4999
Delano, CA 93216

Dated: April 29, 2020

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.

2